IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Mark Halloran – #082284

　　　　　　　　　　　　　　　　　　　　　/

No. C 12-80251 WHA

**ORDER OF SUSPENSION**

　　　　Because Mark Halloran has failed to respond to the order to show cause, Mr. Halloran's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated:　November 8, 2012.

　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE